*WHEN RECORDED MAIL TO:*

Steven Friedland
Steven Friedland, Esq. (170453)
21210 Erwin Street
Woodland Hills, CA 91367
818-908-6860

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| KFC Corporation | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), | CV MC13-00302 |
| v. | |
| Ashok Sahadevan et al. | ABSTRACT OF JUDGMENT/ORDER |
| DEFENDANT(S). | |

I certify that in the above-entitled action and Court, Judgment/Order was entered on August 14, 2013 in favor of KFC Corporation

whose address is 1441 Gardiner Lane, Louisville, KY 40213

and against Ms. Nilem Sahadevan (aka Nilem Sangha)

whose last known address is 10452 Glory Avenue, Tujunga, CA 91042

for $43,295.55   Principal,   $3,973.10   Interest,   $0.00   Costs,

and $5,258.00   Attorney Fees.

ATTESTED this **17th** day of **November**, 20**15**.

Judgment debtor's driver's license no. and state; _____ (last 4 digits) [X] Unknown.
Judgment debtor's Social Security number; 8968 (last 4 digits) [ ] Unknown.

[X] No stay of enforcement ordered by Court
[ ] Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

Ms. Nilem Sahadevan (aka Nilem Sangha)
10452 Glory Avenue
Tujunga, CA 91042

CLERK, U.S. DISTRICT COURT

By __ANDRES PEDRO__
    Deputy Clerk

1202

NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.

G-18 (03/12)                        ABSTRACT OF JUDGMENT/ORDER